UNITED STATES DISTRICT AND BANRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Versenia Ladson
3567 Snowbell Court
Waldorf, Maryland 20602

VS.                                                                                           CIVIL ACTION NO. 14cv01688 *JEB*

Transitional Healthcare formerly known as Washington Nursing Facility
2425 25th Street, SE
Washington, DC 20020

## Amended COMPLAINT

1.     On August 27, 2013 I was hired as a part-time Certified Nursing Assistant at Washington Nursing Facility (WNF), now operating as Transitional Healthcare, located at 2425 25th Street, S.E, Washington, D.C. 20020.

2.     Washington Nursing Facility has recently changed its business name and is now doing business as Transitional Healthcare, still located at 2425 25th Street, S.E, Washington, D.C. 20020.

3.     On December 16th, 2013, I filed an Equal Employment Opportunity Charge of Discrimination against Washington Nursing Facility (WNF) now Transitional Healthcare.

4.     During my tenure with WNF (now Transitional Healthcare), I was frequently subjected to questions, probing and comments regarding my race, ethnicity, and "where was I from." At least four (4) employees of darker skin tone than myself inquired about my race, ethnicity and national origin. WNF's (now Transitional Healthcare) EEO rebuttal denied the claim on the basis of "without information or sufficient knowledge to form a belief. However, on October 15, 2013 I wrote a letter to both Ms. Gale Jernagen, Administrator and to Ms. Rosie Carter, Human Resources Director at Washington Nursing Facility (now Transitional Healthcare) seeking assistance with this issue. On October 21, 2013, Ms. Rosie Carter, the Human Resources Director asked that I identify the employees. The probing regarding my race, ethnicity and national origin ceased after my meeting, however immediately thereafter I was subjected to constant hostility and resistance from my colleagues when I sought for assistance with residents. Based on the actions by my colleagues, it was apparent that WNF (now Transitional Healthcare) did not act objectively by withholding my identity, which subjected me to hostility by my colleagues.

5.     While a part-time employee at WNF, I often requested through Ms. Rosie Carter, the Human Resources Director to become a Full-time employee. Specifically on October 21, 2013, I inquired with Ms. Carter if there were any full-time positions available to which she replied that there were

RECEIVED
JAN 26 2015
Clerk, U.S. District and
Bankruptcy Courts

not any openings. I refuted her statement, because I was aware that WNF (now Transitional Healthcare) had recently hired a least two younger women as full-time employees, in that I had trained (2) recently hired full-time, younger women, that identified themselves as "new'. On November 28, 2013 I inquired again with Ms. Rosie Carter, WNF Human Resource Director regarding any full-time 3pm-11pm openings, to which she replied that there were not any.

6.  On November 26, 2013 I became aware that WNF (now Transitional Healthcare) had hired at least one(1) more additional younger woman in a full-time employment status, WNF's (now Transitional Healthcare) EEO response indicated that "there was no reason for you to ask for additional hours, when you were already effectively working full-time hours. "WNF (now Transitional Healthcare) is negligent in that they made a decision on my behalf, without my decision, by assuming what my need were and further assuming that I did not need more hours or full-time status, thereby discriminating against me. WNF's (now Transitional Healthcare) EEO response did not address my complaint that I was over-looked for full-time employment status, yet WNF (now Transitional Healthcare) hired at least two (2) younger women in full-time employment status. WNF's (now Transitional Healthcare) EEO response denied the allegation, yet does not refute the allegation either.

7.  Also during my tenure with Washington Nursing facility (now Transitional Healthcare), I was often subjected to a hostile environment and discrimination through favoritism. On October 13, 2013, Charge Nurse, Mr. Lovette Eyongeta publicly embarrassed me and laughed at me in front of my colleagues with whom he is friends with, yet also supervising. After I confronted Mr. Eyongeta regarding his unprofessionalism, I smiled and stated that I would "pray for you". Mr. Eyongeta responded "this will be your last time saying anything to me". After that incident, I was ostracized by many of my colleagues who were friends of Mr. Eyongeta, and particularly individuals who share his descent.

8.  On November 26, 2013, I was advised by WNF supervisor at the direction of Mr. Manny De Jesus, Evening Clinical Supervisor, regarding an incident on November 23, 2013 between another CNA and myself where I was verbally assaulted, bullied, and physically threatened by the CNA working overtime on my permanently assigned shift. On November 27, 2013 I hand carried the letter to Mr. Oladele Alade, WNF's Director of Nursing (DON). Washington Nursing Facility supervisors never spoke with me or addressed my concerns outlined in the November 26, 2013 letter. Yet, WNF responded by removing me from my assigned floor, to a floater position, thereby accommodating the aggressor who was allowed to maintain her permanently assigned floor and continue working overtime on my permanently assigned floor. Ultimately, I was penalized for the incident. Further, WNF's (now Transitions Healthcare) EEO response to the claim, was denied "as the allegation fails to state with sufficient specificity the identity of the person." WNF (now Transitionals Healthcare) was negligent by ignoring my claims, penalizing me, and dismissing the allegation because I was unable to produce full names. Additional instances of a hostile work environment exist.

9.  Based on the complaints addressed with WNF's (now Transitional Healthcare) supervisors and letters submitted to the facility, it is my experience that I was wrongfully terminated and retaliated against. On December 3, 2013, Mr. Lovette Eyongeta, WNF's Clinical Manager, walked me to Mr. Oladela Alade's, WNF Director of Nursing Office, where I was notified that I was suspended

pending the outcome of an investigation based upon allegations made by a resident. I was provided a Notice of Unacceptable Conduct. The checked entry on the Noticed of Unacceptable Conduct reads "You are suspended pending outcome of investigation. This is NOT a disciplinary notice. Should it be concluded that you committed an infraction that merits discipline or counseling, you will receive a write-up per one of the designations set forth below."

10. On December 6, 2013, I was called to report back to work and worked approximately three (3) hours before I was called by Mr.Oladele Alde, WNF's Director of Nursing and informed me that while the investigation was favorable to me and that the resident's claim was unfounded, that I was being terminated "because your colleagues feel like they are walking on eggshells around you." I was then given a Notice of Unacceptable Conduct read, "You are hereby discharged effective immediately. You may write a response below at your discretion."

11. At no time during my tenure with WNF (now Transitional Healthcare) did I receive a disciplinary action. At no time did WNF (now Transitional Healthcare) bring to my attention or address any concerns regarding my conduct. At no time during my tenure with WNF (now Transitional Healthcare) did I receive any written warnings or reprimands. I did however, pass my 45 day evaluation satisfactorily and on December 6, 2013, I was terminated.

12. WNF (now Transitional Healthcare) is negligent in that the facility in that the facility failed to act objectively by ignoring my claims outlined in my letters to various levels of management within the facility, while I was a WNF employee. WNF (now Transitional Healthcare) is negligent by also dismissing the validity of my claims for reason as minor as me not identifying an individual's full name or by completely ignoring the claim.

13. Washington Nursing Facility (now Transitional Healthcare) failed to pay me for the time I was suspended (December 3, 2013), pending the outcome of the investigation. Per the Union Representative Ms. Lillian Parker, she indicated that since the outcome of the investigation was favorable to me, Washington Nursing Facility (now Transitional Healthcare) would pay me for the time I was suspended; I was never compensated for the time.

14. I am hereby filing this lawsuit, with claims of Age Discrimination, Color Discrimination, Hostile Work Environment, Retaliation, and Wrongful Termination.

15. I am seeking a trial by Jury.

16. I am seeking five hundred thousand dollars ($500,000.00) for damages.

17. The employer, Washington Nursing Facility (now Transitional Healthcare), violated Title VII of the Civil Rights Act and Discriminated against me based on Age and Race, etc.

18. I have exhausted all of my administrative procedures.

*Versenia Jackson*
*3567 Snowbell Ct.*
*Waldorf, Md. 20602*
*Phone # 571 356-5493*