United States District Court
For The District of Columbia

Versenia Ladson

vs

Transitional Healthcare Services
(AKA) Washington Nursing Facility

Case Number & Judges Initials
14cv1688-JEB

AFFIDAVIT of Services

I Versenia Ladson of person who actually did the mailing, Mailed the Summons and Complaint registered Mail to Transitional Health Services (AKA) Washington

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transitional Healthcare
2425 25th St. S.E.
Washington D.C.
20020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article  7013 1090 0002 2356 6003

Versenia Ladson
Versenia Ladson
3567 Snowbell Ct.
Waldorf, MD 20602
571-356-5493