UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VERSENIA LADSON,<br>    Plaintiff,<br><br>v.<br><br><br>TRANSITIONAL HEALTHCARE,<br>    Defendant. | )<br>)<br>)   Civil Action No. 14-1688 (JEB/AK)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

The Clerk of the Court and all parties of record will please note the appearance of undersigned counsel in the above-captioned case for the limited purpose of representing the Plaintiff during the process of mediation.


Dated: September 10, 2015              Respectfully submitted,

                                       /s/ Nigel Barrella
                                       Nigel Barrella, D.C. Bar No. 1005592
                                       Law Office of Nigel A. Barrella
                                       1001 Pennsylvania Ave. NW, Ste 1300N
                                       Washington, DC 20004
                                       Tel:   (202) 768-7510
                                       Fax:   (202) 204-3501
                                       Email: nigel@barrellalaw.com